UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Mar 24, 2010

FILED
CLERK'S OFFICE

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 14 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Arkansas.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 08, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                                                          MDL No. 1507

## SCHEDULE FOR CONDITIONAL REMAND ORDER

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| **DIST.** | **DIV.** | **C.A.NO.** | **DIST.** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| ARE | 4 | 03-431 | ALM | 2 | 03-96 | Sarah Lannette White, et al. v. Wyeth, Inc. |
| ARE | 4 | 03-892 | ALN | 2 | 03-2166 | Doris Pace Loewen, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-1543 | ALN | 2 | 04-1419 | Mary Frances Eddings, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-1973 | ALN | 6 | 04-1888 | Elizabeth Aderhold v. Wyeth Pharmaceutical, et al. |
| ARE | 4 | 04-291 | ALN | 7 | 03-3240 | Ginger Wright v. Wyeth, Inc. |
| ARE | 4 | 03-925 | ALS | 1 | 03-610 | Dola Beritech v. Wyeth, Inc., et al. |
| ARE | 4 | 05-165 | ARW | 1 | 04-1108 | Linda Sinclair v. Wyeth, et al. |
| ARE | 4 | 05-802 | ARW | 2 | 05-2044 | Janice Knollenberg v. Wyeth, et al. |
| ARE | 4 | 05-797 | ARW | 2 | 05-2049 | Mary Jo Jennen v. Wyeth, et al. |
| ARE | 4 | 06-192 | ARW | 2 | 05-2172 | Donna G. Woffard v. Wyeth, et al. |
| ARE | 4 | 07-110 | ARW | 2 | 07-2002 | Delores Gant v. Wyeth, et al. |
| ARE | 4 | 04-2258 | ARW | 3 | 04-3073 | Ann Marie Oostenink, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-1379 | ARW | 3 | 05-3041 | Judith Ann Riggs, et al. v. Wyeth, et al. |
| ARE | 4 | 05-1709 | ARW | 3 | 05-3055 | Frances Britt v. Wyeth, et al. |
| ARE | 4 | 04-554 | ARW | 5 | 04-5071 | John W. Goodwin, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-555 | ARW | 6 | 04-6042 | Pamela Kuhn v. Wyeth, Inc., et al. |
| ARE | 4 | 05-1941 | ARW | 6 | 05-6074 | Shirley Davidson v. Wyeth, et al. |
| ARE | 4 | 03-222 | CAC | 2 | 02-7692 | Jane Krznaric v. Wyeth, Inc., et al. |
| ARE | 4 | 03-950 | CAC | 2 | 03-4612 | Marcia Jane Merta, et al. v. Ayerst Laboratories, Inc., et al. |
| ARE | 4 | 03-989 | CAC | 2 | 03-7099 | Janice Pickett, et al. v. Wyeth Pharmaceuticals, Inc. |
| ARE | 4 | 04-1124 | CAC | 2 | 04-4743 | Rebel Aitchison, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-2298 | CAE | 1 | 04-6347 | Bobbie Bauman, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-283 | CAE | 2 | 03-1705 | Gayle Fitzpatrick v. Wyeth Pharmaceuticals |
| ARE | 4 | 04-1443 | CT | 3 | 04-1373 | Margaret B Fraser, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-2313 | CT | 3 | 04-1511 | Lynn Gardner Moss, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-1236 | DC | 1 | 04-797 | Carol Tropea, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-835 | FLM | 5 | 04-156 | Frances Hansen, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 06-926 | FLM | 8 | 06-429 | Lynne Cross, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 03-308 | FLS | 1 | 02-22692 | Jane Kaufman v. Wyeth Co. |
| ARE | 4 | 03-445 | FLS | 1 | 03-20471 | Maria Alvarez Reyes, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-748 | GAS | 4 | 04-61 | Elfreda Castro, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-744 | GAS | 4 | 04-64 | Jan Love v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CRO (Continued)**

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| ARE | 4 | 04-743 | GAS | 4 | 04-65 | Donna Pfeifer, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-855 | GAS | 4 | 04-93 | Veronica G. Mead, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-856 | GAS | 4 | 04-94 | June A. Burton v. Wyeth, Inc., et al. |
| ARE | 4 | 04-1049 | ILN | 1 | 04-4499 | Ruth Michalski v. Wyeth, et al. |
| ARE | 4 | 04-1487 | ILN | 1 | 04-5509 | Janet Palumbo v. Wyeth, Inc., et al. |
| ARE | 4 | 05-834 | ILN | 1 | 05-998 | Judy Schutter v. Wyeth, et al. |
| ARE | 4 | 04-1317 | INN | 1 | 04-256 | Christine Smith v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 04-1023 | INN | 3 | 04-444 | Patricia Peters v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 04-1318 | INN | 4 | 04-50 | Marilyn Eckholm, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-957 | INS | 2 | 04-169 | Jane Lapour v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 04-1206 | KS | 2 | 04-2312 | Carole Stephenson, et al. v .Wyeth, et al. |
| ARE | 4 | 04-802 | KYE | 2 | 04-99 | Rita K. Wells, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 03-421 | LAE | 2 | 03-81 | Nolarean B. Ragusa v. Wyeth Pharmaceuticals |
| ARE | 4 | 03-867 | LAE | 2 | 03-2096 | Laura Harry v. Wyeth, Inc. |
| ARE | 4 | 03-1000 | LAM | 3 | 03-657 | Trinia Plummer v. Wyeth-Ayerst Pharmaceuticals, Inc. |
| ARE | 4 | 04-1312 | LAM | 3 | 04-567 | Lois J. Kowal v. Wyeth, Inc., et al. |
| ARE | 4 | 04-916 | MA | 1 | 04-10916 | Carol Levine, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-544 | MD | 1 | 04-527 | Wilma J. Waltrup, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-736 | MD | 1 | 04-1103 | Barbara Hettleman, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-738 | MD | 1 | 04-1340 | Thelma Ayers, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-530 | MD | 8 | 04-304 | Elaine Pasqualle, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-1006 | MD | 8 | 04-1193 | Diane Wisneski, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-834 | MN | 0 | 04-2965 | Brenda Joyce Harrison v. Pharmacia & Upjohn Co., et al. |
| ARE | 4 | 04-919 | MN | 0 | 04-2966 | Jo Ann V. Galati, et al. v. Pharmacia & Upjohn Co., et al. |
| ARE | 4 | 04-920 | MN | 0 | 04-2967 | Helen Ruth Byrne, et al. v. Pharmacia & Upjohn Co., et al. |
| ARE | 4 | 04-921 | MN | 0 | 04-2999 | Joan Galantini v. Wyeth, et al. |
| ARE | 4 | 04-922 | MN | 0 | 04-3000 | Nancy J. Keith, et al. v. Wyeth, et al. |
| ARE | 4 | 04-1055 | MN | 0 | 04-3091 | Sheila Baird v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 04-1057 | MN | 0 | 04-3093 | Donna Schwoegler, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 04-1058 | MN | 0 | 04-3094 | Jocelyn Amalong v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 04-1152 | MN | 0 | 04-3136 | Mary Jo Schuler, et al. v. Wyeth Pharmaceuticals, Inc., et al. |

**MDL No. 1507 - Schedule CRO (Continued)**

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| ARE | 4 | 04-1080 | MN | 0 | 04-3164 | Blanche Long v. Wyeth, et al. |
| ARE | 4 | 04-1081 | MN | 0 | 04-3165 | Joselle Gatrell v. Wyeth, et al. |
| ARE | 4 | 04-1082 | MN | 0 | 04-3166 | Lynne Miller, et al. v Wyeth, et al. |
| ARE | 4 | 04-1083 | MN | 0 | 04-3167 | Paula Lefkowitz, et al. v .Wyeth, et al. |
| ARE | 4 | 04-1084 | MN | 0 | 04-3169 | Annie Mallett, et al. v. Wyeth, et al. |
| ARE | 4 | 04-1191 | MN | 0 | 04-3378 | Mary Ann Plunkett v. Wyeth, et al. |
| ARE | 4 | 05-1440 | MN | 0 | 05-1324 | Carol Braun v. Wyeth, et al. |
| ARE | 4 | 06-1063 | MN | 0 | 06-2817 | Dorothy Clevenger, et al. v. Wyeth, et al. |
| ARE | 4 | 06-1571 | MN | 0 | 06-3282 | Shirley Henderson v. Wyeth, et al. |
| ARE | 4 | 08-782 | MN | 0 | 08-2149 | Albert H. Rogers, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 08-1247 | MN | 0 | 08-2229 | Bette J. Gentry, et al. v. Wyeth, Inc. |
| ARE | 4 | 08-1170 | MN | 0 | 08-2526 | Rhoda D. Levin v. Wyeth, Inc., et al. |
| ARE | 4 | 08-1709 | MN | 0 | 08-2612 | Jan Love v. Pfizer Inc., et al. |
| ARE | 4 | 06-1233 | MOE | 4 | 06-337 | Leonie Schindler, et al. v. Wyeth, et al. |
| ARE | 4 | 03-710 | MSS | 3 | 03-237 | Mary Ann Barnes, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 03-714 | MSS | 3 | 03-250 | Mary Anne Bryant, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-70 | MSS | 3 | 03-1255 | Jimmie Edwards, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-57 | MSS | 5 | 03-333 | Susan Hewitt v. Wyeth, et al. |
| ARE | 4 | 04-2266 | NCM | 1 | 04-881 | Carolyn Poteat v. Wyeth, Inc., et al. |
| ARE | 4 | 04-936 | NE | 8 | 04-196 | Sally Kammerer, et al. v. Wyeth, et al. |
| ARE | 4 | 03-973 | NYE | 1 | 03-3794 | Debrah Bleiberg, et al. v. Wyeth Pharmaceuticals, Inc. |
| ARE | 4 | 03-472 | NYE | 2 | 02-5606 | Angelina Johnson, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 03-620 | NYE | 2 | 03-1669 | Grace Jan, et al. v. Wyeth-Ayerst International, Inc., et al. |
| ARE | 4 | 03-951 | NYE | 2 | 03-3511 | Helen Pincus v. Wyeth, Inc., et al. |
| ARE | 4 | 04-2311 | NYE | 2 | 04-2841 | Ellen Golden, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 03-618 | NYN | 5 | 03-437 | Phyllis A. Berger, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 03-569 | NYS | 1 | 03-2352 | Doris Jean Wheeler, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-1149 | NYW | 1 | 04-527 | Rose Marie Armitage, et al. v. Wyeth, et al. |
| ARE | 4 | 04-815 | OHN | 1 | 04-960 | Dolores Steadman, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-818 | OHN | 1 | 04-967 | Sally A. Marsho, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-822 | OHN | 3 | 04-7271 | Mary Jane Campbell, e al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-823 | OHN | 3 | 04-7299 | Susanne Lee, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-825 | OHN | 4 | 04-922 | Beverly N. Daff, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-827 | OHN | 5 | 04-940 | Ruth L. Wakeen, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-828 | OHN | 5 | 04-942 | Anita D. Demetriades, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-829 | OHN | 5 | 04-947 | Rita Spinelli, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-832 | OHN | 5 | 04-964 | Jayne Houston Davis v. Wyeth, Inc., et al. |
| ARE | 4 | 04-766 | OHS | 2 | 04-372 | Maryann Downing, et al. v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CRO (Continued)**

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| ARE | 4 | 04-767 | OHS | 2 | 04-383 | Roberta Weidner v. Wyeth, Inc., et al. |
| ARE | 4 | 04-1245 | OHS | 2 | 04-392 | Carol M. Boyer, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-811 | OHS | 2 | 04-686 | Betty J. Cocuzza, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-1003 | OKN | 4 | 04-543 | Norma Lee Parks, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-156 | PR | 3 | 03-1713 | Helen Rivera-Adams, et al. v. Wyeth |
| ARE | 4 | 04-2284 | SD | 1 | 04-1006 | Paula C. Briggs v. Wyeth, Inc., et al. |
| ARE | 4 | 04-1220 | TNE | 3 | 04-287 | Carmelita Pranter Kamman, et al. v. Wyeth |
| ARE | 4 | 04-908 | TXE | 1 | 03-1339 | Vera Boyett, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 04-909 | TXE | 1 | 03-1367 | Shirley Neal, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 04-1271 | TXN | 3 | 04-1419 | Donie Pelc v. Wyeth, et al. |
| ARE | 4 | 04-1008 | TXN | 3 | 04-1443 | Diane Weatherford v. Wyeth, et al. |
| ARE | 4 | 04-1015 | TXN | 4 | 04-507 | Rebecca R. Allen, et al. v. Wyeth, et al. |
| ARE | 4 | 04-19 | TXS | 3 | 03-536 | Judy Wolf, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-17 | TXS | 3 | 03-549 | Ruth Opal Kent, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 03-470 | TXS | 4 | 03-425 | Janet Rizzo v. Wyeth, Inc. |
| ARE | 4 | 04-456 | TXS | 4 | 03-4874 | Jean Kelly, et al. v. Wyeth, et al. |
| ARE | 4 | 04-1110 | TXS | 4 | 04-2552 | Ima Dale Foster, et al. v. Wyeth, et al. |
| ARE | 4 | 04-718 | UT | 1 | 04-77 | Sandra Hart v. Wyeth, et al. |
| ARE | 4 | 04-749 | UT | 1 | 04-80 | Toshiko Okuda v. Wyeth, et al. |
| ARE | 4 | 04-760 | UT | 2 | 04-474 | Betty Anderson v. Wyeth, et al. |
| ARE | 4 | 04-1381 | VAE | 1 | 04-945 | Georgia Torkie-Tork v. Wyeth |
| ARE | 4 | 04-1382 | VAE | 1 | 04-946 | Linda Cardwell v. Wyeth |
| ARE | 4 | 04-1042 | VAE | 2 | 04-412 | Judith N. Simmons v. Wyeth, Inc., et al. |
| ARE | 4 | 03-619 | WAW | 2 | 03-740 | Carol Paul, et al. v. Dr. Kay English, et al. |
| ARE | 4 | 04-915 | WAW | 2 | 04-1300 | Mary Chandler, et al. v. Greenstone, Ltd., et al. |
| ARE | 4 | 04-761 | WVS | 2 | 04-435 | Carolyn Michael, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 04-1259 | WVS | 2 | 04-690 | Leah Royce v. Wyeth, et al. |
| ARE | 4 | 04-1261 | WVS | 2 | 04-692 | Rosemary Keffer v. Wyeth, et al. |