# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SALLY KAMMERER, | ) | |
| KARL KAMMERER, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV196 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WYETH, | ) | |
| WYETH PHARMACEUTICALS, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court *sua sponte* following the motion of Christopher E. Hoyme to withdraw as attorney for the plaintiffs and the remand from the MDL. See Filing No. 16. Mr. Hoyme's motion shall be held in abeyance pending a telephone conference with all parties. The court shall hold a telephone planning conference to include all the attorneys on this matter. Mr. Hoyme, Tobias L. Millrood, and Michael K. Huffer shall all participate. Mr. Hoyme shall initiate the phone call. The telephone planning conference is scheduled for **April 15, 2010 at 10:00 a.m.**

    **IT IS SO ORDERED.**

DATED this 9th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
