# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SALLY KAMMERER, et al.,** | ) | |
| Plaintiffs, | ) | 8:04CV196 |
| vs. | ) | ORDER |
| **WYETH, et al.,** | ) | |
| Defendants. | ) | |

The records of the court show that on May 21, 2010, a letters (Filing Nos. 24 and 25) were sent to Laura E. De Santos and Jack E. Urquhart at:

> **CLARK, THOMAS LAW FIRM**
> P.O. Box 1148
> Austin, TX 78767

from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System) within fifteen days. **See** NEGenR 1.3. As of the close of business on July 19, 2010, said attorneys have not complied with the request set forth in the letters from the Office of the Clerk.

**IT IS ORDERED** that, on or before **August 2, 2010**, attorneys Laura E. De Santos and Jack E. Urquhart shall register for the System or show cause by written affidavit why they cannot comply with the rules of the court. Failure to comply with this order will result in these attorneys being removed as counsel of record for the defendant.

DATED this 19th day of July, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge