# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SALLY KAMMERER and KARL KAMMERER, | ) ) ) | |
| Plaintiffs, | ) ) ) | 8:04CV196 |
| vs. | ) ) | ORDER |
| WYETH and WYETH PHARMACEUTICALS, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on defendants' motion for a protective order regarding the taking of the videotape deposition and subpoena duces tecum of Margo K. Anderson, M.D., scheduled for October 26, 2010 (Filing No. 29). The motion is without merit and is denied.

**IT IS SO ORDERED.**

DATED this 18th day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge